| | |
|---|---|
| SEAN COMBS,<br><br>      Plaintiff,<br><br> -against-<br><br>COURTNEY BURGESS, ARIEL MITCHELL, and NEXSTAR MEDIA INC,<br><br>      Defendants. | Case No. 25-cv-650<br><br>**ORDER** |

  The Court having reviewed Defendant Sean Combs' Motion to File a Corrected Complaint and its accompanying documents, hereby GRANTS Defendant's request to file a corrected complaint.

  Defendant shall file a corrected Complaint within  3  business days of this order.


DATE: February 3, 2025

                      JOHN P. CRONAN
                     United States District Judge