UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN COMBS,

                    Plaintiff,

   -against-

COURTNEY BURGESS, ARIEL MITCHELL, and NEXSTAR MEDIA INC.,

                    Defendants.

Civil Action No. 25-cv-650

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned, Anna Estevao of the firm Sher Tremonte LLP, hereby appears as counsel for Plaintiff Sean Combs in connection with the above-captioned action.

Dated: New York, New York
       February 13, 2025

                            **SHER TREMONTE LLP**

                            By:   /s/  *Anna Estevao*
                                 Anna Estevao
                            90 Broad Street, 23rd Floor
                            New York, New York 10004
                            Tel: 212.202.2600
                            Email: aestevao@shertremonte.com
                            *Attorney for Plaintiff Sean Combs*