May 1, 2025

**VIA ECF**

The Honorable John P. Cronan
United States District Court Judge
Southern District of New York
500 Pearn Street, Courtroom 12D
New York, NY 10007

    Re:    *Combs v. Burgess*, **25-cv-650 (JPC)**

Dear Judge Cronan:

    Please be advised that I am leaving Sher Tremonte LLP. Accordingly, I respectfully request that the Clerk of Court remove me as counsel of record on the docket. Mr. Combs will continue to be represented by Mr. Tremonte and Ms. Wolff.

    Thank you for the Court's consideration.

    Respectfully submitted,

    /s/ Anna Estevao
    Anna Estevao

Cc: All counsel by ECF