UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SEAN COMBS,                                                            :
:
                             Plaintiff,                          :
:      25 Civ. 650 (JPC)
            -v-                                                      :
:      ORDER
COURTNEY BURGESS, ARIEL MITCHELL, and                                  :
NEXTSTAR MEDIA INC.,                                                   :
:
                             Defendants.                         :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On May 23, 2025, Defendant Ariel Mitchell executed a Waiver of the Service of Summons that Plaintiff sent on April 14, 2025.  Dkt. 40.  Mitchell's deadline to respond to the Complaint was therefore June 16, 2025.  *See* Fed. R. Civ. P. 4(d)(3).  That deadline has passed, and the docket does not reflect a response to the Complaint from Mitchell.  Accordingly, the Court extends *sua sponte* Mitchell's deadline to respond to the Complaint until June 23, 2025.  If Mitchell once again fails to respond to the Complaint by her deadline to do so, Plaintiff shall seek a Certificate of Default by June 30, 2025.

       SO ORDERED.

Dated: June 16, 2025
       New York, New York                                    JOHN P. CRONAN
                                                        United States District Judge