IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEAN COMBS**,<br><br>    **Plaintiff**,<br><br>v.<br><br>**COURTNEY BURGESS, ARIEL MITCHELL, and NEXSTAR MEDIA INC.**,<br><br>    **Defendants.** | Civil Action No. 1:25-cv-00650-JPC |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Nexstar Media Inc. ("Nexstar") will move this Court, before the Honorable John P. Cronan, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date and time as the Court sets for an order dismissing the above-captioned action as to Nexstar, and for such other and further relied as the Court shall deem just and proper. In support of this motion, Defendants rely upon the accompanying (1) Memorandum of Law in Support of Defendant Nexstar Media Inc.'s Motion to Dismiss, and (2) Declaration of Elizabeth A. McNamara and the exhibits annexed thereto.

Pursuant to this Court's Order of July 18, 2025, Plaintiff's opposition must be filed by September 9, 2025, and any reply must be served by September 30, 2025.

Dated: New York, New York
July 29, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Elizabeth A. McNamara
Elizabeth A. McNamara
Alison Schary
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax

*Counsel for Defendants*

TO: Erica Ashley Wolff
Michael Tremonte
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, N.Y. 10004
Telephone: (212) 202-2600
ewolff@shertremonte.com
mtremonte@shertremonte.com

*Counsel for the Plaintiff*

2