```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                              :
SEAN COMBS,                                                   :
                                                              :
                        Plaintiff,                            :
                                                              :
        -v-                                                   :    25 Civ. 650 (JPC)
                                                              :
COURTNEY BURGESS, ARIEL MITCHELL, and                         :        ORDER
NEXSTAR MEDIA INC.,                                           :
                                                              :
                        Defendants.                           :
                                                              :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

After the Court set briefing schedules, Dkts. 47, 49, Defendants Ariel Mitchell and Nexstar Media Inc. ("Nexstar") separately moved to dismiss the Complaint on July 19, 2025, and July 29, 2025, respectively, Dkts. 51, 55.  Plaintiff then filed an Amended Complaint as of right on August 11, 2025.  Dkt. 61; *see* Fed. R. Civ. P. 15(a)(1)(B).  In light of the amended pleading, the briefing schedules on the motions to dismiss are adjourned pending further order of the Court.

By August 19, 2025, Defendants Mitchell and Nexstar shall file letters stating whether they wish the Court to evaluate their existing motions to dismiss as directed to the Amended Complaint—with appropriate opposition and reply briefing to follow—or whether they intend to withdraw the pending motions to dismiss, in which case the Court will deny them as moot and permit Defendants to file renewed motions in response to the Amended Complaint upon such a request.

SO ORDERED.

Dated: August 12, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge