

**STEVEN A. METCALF II, ESQ.**, *Partner*\*\*\*
**NANETTE IDA METCALF, ESQ.**, *Managing Attorney*\*\*
**CHRISTOPHER DARDEN, ESQ.**, *Special Counsel*\*

*\*Licensed in California*
*\*\*Licensed in New York and California*
*\*\*\*Licensed in New York, SDNY, EDNY, WDNY, DCDC,*
*Second Circuit Court of Appeals and Court of Appeals for District of Columbia*

August 19, 2025

The Honorable John P. Cronan
U.S. District Court Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    Re:    *Combs v. Burgess, et al.*, No: 1:25-cv-00650 (JPC)

Dear Judge Cronan:

    I represent Defendant Ariel Mitchell (hereinafter "Mitchell" or "Defendant Mitchell") in the above referenced matter. Pursuant to this Court's individual rules and August 12, 2025 Order,[1] I hereby write to notify our intention to renew our motion to dismiss to the Amended Complaint. (ECF Doc. 61). In light of this request, and based on the additional facts alleged against Defendant Mitchell in the Amended Complaint, our intentions are to withdraw our pending motion (ECF Doc. 51-52) and seek to join the proposed briefing schedule set forth in Defendant's Nexstar Media Inc's request. (*See* Proposed Schedule *infra*; *See also* ECF Doc. 63).

    The Amended Complaint ("FAC") adds various new factual allegations with regards to Defendant Mitchell, none of which, individually or in its totality, cures the facial discrepancies of the defamation claim against Mitchel. First, the FAC inaccurately states Mitchell is alleged to have "bribed a witness", which is a criminal claim in nature. (*See* ECF Doc 61, at p. 2, ¶ 6). This characterization is then continued in its own section, where "allegations", are inaccurately labeled as Florida Bar "findings". (*See* ECF Doc 61, at p. 11, ¶ 38).

    Second, a link is alleged that Defendant Nexstar "was highly aware that such statements were probably false because of Mitchell's already documented history of making false claims . . ." despite the allegations in the FAC having yet to be ruled on, or even made public until recently, upon information and belief. (*See* ECF Doc 61, at p. 13-14, ¶ 49). Mitchell is then alleged to have made an additional defamatory statement, pertaining to "having the footage", at a different time and place from the Nexstar broadcasted show on October 31, 2024. (*See* ECF Doc. 61 at p. 19, ¶ 70).

---

[1] *See* ECF Doc. 62.

**METCALF & METCALF, P.C.**
99 Park Avenue, Suite 810
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

Page 1

Third, the Amended Complaint adds facts about the police report claims in the California case. The additional facts about the police report now claims that two males, both white were first alleged to have committed a rape in at least one police report. (*See* ECF Doc 61, at p. 3, ¶ 7; p. 15, ¶ 55-57). An additional News Nation show is referenced as a "follow-up interview", which aired on January 19, 2025 and Mitchell and her client discussed the allegations "involving the 2018 police report." (*See* ECF Doc. 61 at p. 17, ¶ 62).

Overall, Defendant Mitchell's position remains the same, in that *inter alia* Mitchell's statements are neither defamatory, nor rise to a level of actual malice. Additionally, Mitchell is protected in repeating or advocating statements or positions of another in furtherance of active litigation and/or such statements are truthful. While Plaintiff's criminal trial substantiates these defenses – on the flip side – because a particular position or claim was not introduced in the course of the trial does not render such as outright false. Overall, the Amended Complaint fails to state a cause of action against Mitchell, and therefore the FAC should be dismissed under Rule 12 (b). FED. R. CIV. P. 12(b)(6).

I did not get in contact with Plaintiff's counsel to confirm a proposed briefing schedule, but respectfully request to join Defendant Nexstar's joint proposal as follows:

  Mitchell's Motion to Dismiss:  September 19, 2025

  Plaintiff's Opposition:  October 17, 2025

  Mitchell's Reply:  November 7, 2025

Thank you in advance for your attention on this request.

        Respectfully submitted,

        */s/ Steven Alan Metcalf II*
        _____
        STEVEN A. METCALF, ESQ.
        Attorney for Ariel Mitchell

METCALF & METCALF, P.C.
99 Park Avenue, Suite 810
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

**Page 2**