UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SEAN COMBS, :
:
                  Plaintiff, :
:
          -v- : 25 Civ. 650 (JPC)
:
COURTNEY BURGESS, ARIEL MITCHELL, and : ORDER
NEXSTAR MEDIA INC., :
:
                  Defendants. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendants Ariel Mitchell and Nexstar Media Inc. ("Nexstar") separately moved to dismiss the Complaint on July 19, 2025, and July 29, 2025, respectively, Dkts. 51, 55. Plaintiff then filed an Amended Complaint as of right on August 11, 2025. Dkt. 61. On August 19, 2025, Mitchell and Nexstar informed the Court of their intent to withdraw the pending motions and file renewed motions as against the Amended Complaint. Dkts. 63, 68. Those requests are grants. The pending motions to dismiss are denied as moot. The Clerk of Court is respectfully directed to close Docket Numbers 51, 55, and 59. Defendants may each file their renewed motion to dismiss by September 19, 2025. Oppositions shall be filed by October 17, 2025, and replies shall be filed by November 7, 2025.

      SO ORDERED.

Dated: August 20, 2025
      New York, New York
                                                JOHN P. CRONAN
                                                United States District Judge