**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SEAN COMBS**,<br><br>              **Plaintiff**,<br><br>**v.**<br><br>**COURTNEY BURGESS, ARIEL MITCHELL, and NEXSTAR MEDIA INC.**,<br><br>              **Defendants.** | Civil Action No. 1:25-cv-00650-JPC |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Defendant Nexstar Media Inc. ("Nexstar") will move this Court, before the Honorable John P. Cronan, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date and time as the Court sets for an order dismissing the above-captioned action as to Nexstar, and for such other and further relied as the Court shall deem just and proper. In support of this motion, Defendants rely upon the accompanying (1) Memorandum of Law in Support of Defendant Nexstar Media Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint, and (2) Declaration of Elizabeth A. McNamara and the exhibits annexed thereto.

Pursuant to this Court's Order of August 20, 2025, Plaintiff's opposition must be filed by October 17, 2025, and any reply must be served by November 7, 2025.

Dated: New York, New York
September 19, 2025

                        Respectfully submitted,

                        DAVIS WRIGHT TREMAINE LLP

                        By: /s/ Elizabeth A. McNamara
                        Elizabeth A. McNamara
                        Alison Schary
                        Mary E. Goetz
                        1251 Avenue of the Americas, 21st Floor
                        New York, NY  10020-1104
                        (212) 489-8230 Phone
                        (212) 489-8340 Fax

                        *Counsel for Defendants*

TO:    Erica Ashley Wolff
         Michael Tremonte
         SHER TREMONTE LLP
         90 Broad Street, 23rd Floor
         New York, N.Y. 10004
         Telephone:  (212) 202-2600
         ewolff@shertremonte.com
         mtremonte@shertremonte.com

         *Counsel for the Plaintiff*