

21st Floor
1251 Avenue of the Americas
New York, NY 10020

**Elizabeth A. McNamara**
212.489.8230 tel
212.489.8340 fax

lizmcnamara@dwt.com

September 19, 2025

**VIA ECF**
Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Courtroom 12D
New York, NY 10007-1312

  Re: *Combs v. Burgess et al.*, No. 1:25-cv-00650-JPC

Dear Judge Cronan:

  We represent Defendant Nexstar Media Inc. ("Nexstar") in the above-referenced action.

  Today, Nexstar filed its motion to dismiss Plaintiff's Amended Complaint. We write to seek leave to lodge with the Clerk of Court a USB drive containing video recordings of the three news segments at issue with respect to Nexstar in the Corrected Complaint. The videos are marked as Exhibits 1, 2, and 3 to the Declaration of Elizabeth A. McNamara in Support of Nexstar's Motion to Dismiss. Electronic copies of these exhibits have also been served on Plaintiff. Thank you for your consideration.

           Respectfully submitted,

           Davis Wright Tremaine LLP

           */s/ Elizabeth A. McNamara*

           Elizabeth A. McNamara

cc: Counsel of Record (via ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.