

21st Floor
1251 Avenue of the Americas
New York, NY 10020

**Elizabeth A. McNamara**
212.489.8230 tel
212.489.8340 fax

lizmcnamara@dwt.com

September 19, 2025

**VIA ECF**
Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Courtroom 12D
New York, NY 10007-1312

  Re: *Combs v. Burgess et al.*, No. 1:25-cv-00650-JPC

Dear Judge Cronan:

  We represent Defendant Nexstar Media Inc. ("Nexstar") in the above-referenced action.

  Pursuant to Rule 6(C) of the Court's Individual Rules and Practices in Civil Cases, we write on behalf of Nexstar to request oral argument, on a date and at a time designated by the Court, on Nexstar's Motion to Dismiss the First Amended Complaint (Dkt. No. 71), which Nexstar filed today. Per the Court's so-ordered schedule (Dkt. No. 69), Plaintiff's opposition to Nexstar's Motion to Dismiss is due on October 17, 2025, and Nexstar's reply is due on November 7, 2025.

  Thank you for your consideration.

             Respectfully submitted,

             Davis Wright Tremaine LLP

             */s/ Elizabeth A. McNamara*

             Elizabeth A. McNamara

cc:  Counsel of Record (via ECF)