

1251 Avenue of the Americas
21st Floor
New York, NY 10020

**Elizabeth A. McNamara**
202.973.4248 tel
202.973.4499 fax

lizmcnamara@dwt.com

> The request is granted. The conference is adjourned until December 9, 2025 at 2:30 p.m. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307. The Clerk of Court is respectfully directed to close Dkt. 90.
>
> SO ORDERED
> November 19, 2025
>
> *[signature]*
> JOHN P. CRONAN
> United States District Judge

November 18, 2025

**BY CM/ECF**

The Honorable John P. Cronan
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:   *Combs v. Burgess et al.*, No. 1:25-cv-00650-JPC (S.D.N.Y.)

Dear Judge Cronan:

We represent Defendant Nexstar Media Inc. ("Nexstar") in the above-referenced action. I write with the consent of Plaintiff Sean Combs ("Combs"). Pursuant to Paragraph 3.B of the Court's Individual Rules, we write jointly to respectfully request that the Court adjourn the Initial Conference from November 25, 2025 to December 9, 2025, or another date convenient for the Court.

Pursuant to the Court's November 17, 2025 order (ECF No. 89), the Initial Conference is currently scheduled for November 25, 2025. Because Defendant Nexstar's reply in further support of its motion to dismiss the amended complaint is now due on December 5, 2025, *see* ECF No. 86, the parties jointly request that the Initial Conference be adjourned until after December 5, 2025, so that it may occur when all briefing on Nexstar's and Mitchell's motions has been submitted. The parties therefore request that the Initial Conference be adjourned two weeks to December 9, 2025 or another date convenient for the Court. This is the parties' first request to adjourn the Initial Conference. Both Nexstar and Combs consent to and jointly make this request. Counsel for Defendant Ariel Mitchell has not yet responded to an inquiry as to her position.

Respectfully submitted,

*/s/ Elizabeth A. McNamara*
Elizabeth A. McNamara

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel.: (212) 489-8230
lizmcnamara@dwt.com
*Attorneys for Defendant Nexstar Media Inc.*