```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SEAN COMBS,                                                      :
                                                                 :
                        Plaintiff,                               :
                                                                 :
        -v-                                                      :   25 Civ. 650 (JPC)
                                                                 :
COURTNEY BURGESS, ARIEL MITCHELL, and                            :   ORDER
NEXSTAR MEDIA INC.,                                              :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 17, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan ("CMP") five days before a conference, which was later adjourned to December 9, 2025.  *See* Dkt. 89; Dkt. 91.  On December 4, 2025, the parties submitted a proposed CMP without dates listed in paragraphs four, five, six, or fifteen.  Because no stay of discovery has been granted in this case, the parties must complete the proposed CMP with all dates filled out by the end of the day.

   SO ORDERED.

Dated: December 5, 2025
       New York, New York                           _____
                                                    JOHN P. CRONAN
                                                    United States District Judge