UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEAN COMBS,

                      Plaintiff,

   -against-

COURTNEY BURGESS, ARIEL MITCHELL, and NEXSTAR MEDIA INC.,

                      Defendants.

No. 25-cv-650

**DECLARATION OF SAMANTHA LUEVANOS**

---

I, Samantha Luevanos, declare according to 28 U.S.C. § 1746 the following:

1. I am a paralegal with the law firm of Sher Tremonte LLP, counsel for Plaintiff Sean Combs ("Plaintiff").

2. I submit this declaration in response to the Court's November 17, 2025 order authorizing Plaintiff to serve Defendant Courtney Burgess ("Burgess") by alternative means (the "Order") (ECF No. 87).

3. On December 10, 2025, I sent one (1) copy of the following documents to Burgess via electronic mail to clburgess78@yahoo.com, burgesscourtney@gmail.com, courtneyburgess07106@gmail.com, burgess.courtney@gmail.com, and hiphopherald537@gmail.com:

    a. Original complaint (ECF No. 1);
    b. Corrected complaint (ECF No. 16);
    c. Original Summons for Mr. Burgess (ECF No. 22);
    d. Amended complaint (ECF No. 61);
    e. Order allowing alternative service of this lawsuit (ECF No. 87);
    f. Order regarding case management (ECF No. 89);

1

  g. Letter requesting adjournment of initial case management conference (ECF No. 90);

  h. Order granting request to adjourn initial case management conference (ECF No. 91);

  i. Joint letter to the court and appended proposed case management plan (ECF Nos. 92 & 92-1);

  j. Order regarding proposed case management plan (ECF No. 93);

  k. Revised proposed case management plan (ECF No. 95);

  l. Electronic Case Filing rules;

  m. Judge John P. Cronan's Individual Rules; and

  n. Local Rules for the United States District Court for the Southern District of New York.

4. On December 10, 2025, pursuant to the Court's Order, I caused for Burgess to be served by publication in accordance with N.Y.C.P.L.R. Section 316 via the *Star Ledger* for four consecutive weeks on December 14, 2025, December 21, 2025, December 28, 2025, and January 4, 2026. Attached hereto as Exhibit A is a true copy of an affidavit dated January 5, 2026, and signed by Maria Nunez including a copy of the published "Notice of Summons by Publication" and confirming that publication occurred on the aforementioned dates.

5. On December 10, 2025, pursuant to the Court's Order, I caused for Burgess to be served by publication in accordance with N.Y.C.P.L.R. Section 316 via the *Morning News* for four consecutive weeks on December 13, 2025, December 20, 2025, December 27, 2025, and January 3, 2026. Attached hereto as Exhibit B is a true copy of an Affidavit of Publication dated January 5, 2026, and signed by Shannon Callahan including a copy of the published "Notice of Summons by Publication" and confirming that publication occurred on the aforementioned dates.

6. On December 11, 2025, pursuant to the Court's Order, I caused for Burgess to be served by publication in accordance with N.Y.C.P.L.R. Section 316 via *Maryland The Daily Record* for four consecutive weeks on December 15, 2025, December 22, 2025, December 29, 2025, and January 5, 2026. Attached hereto as Exhibit C is a true copy of an affidavit signed by

Joy Hough including a copy of the published "Notice of Summons by Publication" and "Summons In A Civil Action" and confirming that publication occurred on the aforementioned dates.

7. On December 17, 2025, I sent one (1) copy of the following documents to Burgess via text message to 917-647-6190:

    a. Original complaint (ECF No. 1);
    b. Corrected complaint (ECF No. 16);
    c. Original Summons for Mr. Burgess (ECF No. 22);
    d. Amended complaint (ECF No. 61);
    e. Order allowing alternative service of this lawsuit (ECF No. 87);
    f. Order regarding case management (ECF No. 89);
    g. Letter requesting adjournment of initial case management conference (ECF No. 90);
    h. Order granting request to adjourn initial case management conference (ECF No. 91);
    i. Joint letter to the court and appended proposed case management plan (ECF Nos. 92 & 92-1);
    j. Order regarding proposed case management plan (ECF No. 93);
    k. Revised proposed case management plan (ECF No. 95);
    l. Court Ordered Case Management Plan and Scheduling Order (ECF No. 97);
    m. Electronic Case Filing rules;
    n. Judge John P. Cronan's Individual Rules; and
    o. Local Rules for the United States District Court for the Southern District of New York.

I declare this 15th day of January, 2026, under the penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

*Samantha Luevanos*

Samantha Luevanos