# EXHIBIT A



Star-Ledger

**LEGAL AFFIDAVIT**

AD#: 0011052463

State of New Jersey,) ss
County of Middlesex)
Maria Nunez being duly sworn, deposes that he/she is principal clerk of NJ Advance Media; that Star-Ledger is a public newspaper, with general circulation in Atlantic, Burlington, Cape May, Essex, Hudson, Hunterdon, Mercer, Middlesex, Monmouth, Morris, Ocean, Passaic, Somerset, Sussex, Union, and Warren Counties, and this notice is an accurate and true copy of this notice as printed in said newspaper, was printed and published in the regular edition and issue of said newspaper on the following date(s):
**Star-Ledger 12/14, 12/21, 12/28, 01/04/2026**

*Maria Nunez* 

_____
Principal Clerk of the Publisher

Sworn to and subscribed before me this 05th day of January 2026

*Jeanette Kryzymalski*

_____
Notary Public



JEANETTE KRYZYMALSKI
NOTARY PUBLIC OF NEW JERSEY
COMM. # 50033947
MY COMMISSION EXPIRES 03/08/2026

Online Notary Public. This notarial act involved the use of online audio/video communication technology. Notarization facilitated by SIGNiX®

## NOTICE OF SUMMONS BY PUBLICATION

*Sean Combs v. Courtney Burgess, Ariel Mitchell, and Nexstar Media, Inc.,* Civil Action No. 25-cv-650 (S.D.N.Y.)

To: Courtney Burgess ("You")

You are hereby summoned and required to serve upon Erica Wolff, 90 Broad Street, 23rd Floor, New York, NY 10004, (212) 202-2679, EWolff@shertremonte.com, an answer to the complaint filed in this action, and to file the answer with the Clerk of this Court, at United States District Court, Southern District of New York, 500 Pearl St., Room 1320, New York, NY 10007, within 21 days after the final publication of this notice.

If You fail to do so, judgment by default will be taken against You for the relief demanded in the Amended Complaint, which are damages in the amount of $100,000,000.

This action has commenced and is pending in the United States District Court for the Southern District of New York, located at 500 Pearl St., New York, NY 10007. The nature of the action is as follows: Mr. Combs alleges, that between at least on or about September 27, 2024 and on or about January 14, 2025, You, Courtney Burgess, made at least five defamatory statements regarding Mr. Combs: (1) that video recordings exist of Mr. Combs sexually assaulting minors and celebrities; (2) that Mr. Combs secretly recorded himself having sex with people without their knowledge or consent; (3) that Mr. Combs used such videos to extort and threaten people; (4) that Mr. Burgess's life was endangered because he allegedly possessed a tell-all memoir written by Mr. Combs's deceased partner and illicit videos of Mr. Combs; and (5) that Mr. Combs sexually assaulted and/or threatened, exploited, or secretly recorded in sex acts hundreds or thousands of people. Mr. Combs asserts a defamation claim against you and seeks damages in the amount of $100,000,000.

This notice shall be published once a week for four consecutive weeks in **The Star Ledger**, as ordered by the Court and pursuant to Fed. R. Civ. P. 4(e)(1) and C.P.L.R. § 316.

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Plaintiff(s)

v.

Courtney Burgess, Ariel Mitchell,
Nexstar Media Inc.

Defendant(s)

Civil Action No. 25-cv-650

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Courtney Burgess
708 Lancelot Dr.
Florence, SC 29505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Tremonte, Esq.
Erica A. Wolff, Esq.
Anna Estevao, Esq.
Sher Tremonte LLP
90 Broad St., 23rd Floor
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/18/2025

*Tammi M. Hellwig*

/s/ J. Gonzalez
Signature of Clerk or Deputy Clerk

12/14, 12/21, 12/28/25, 1/4/26                                    $864.00