# EXHIBIT B

**SCNOW**

See Proof on Next Page

# AFFIDAVIT OF PUBLICATION

State of *South Carolina*, County of *York*, ss:

*Shannon Callahan* being first duly sworn, deposes and says: That (s)he is a duly authorized signatory of Column Software, PBC, duly authorized agent of Florence Morning News, a newspaper printed and published in the City of Florence, County of Florence, State of South Carolina, and that this affidavit is Page 1 of 2 with the full text of the sworn-to notice set forth on the pages that follow, and the hereto attached:

**Publication Dates:**
- Dec 13, 2025
- Dec 20, 2025
- Dec 27, 2025
- Jan 3, 2026

**Notice ID:** SqcRER232PUw8WWEGDHS
**Publisher ID:** COL-100952
**Notice Name:** Summons By Publication, Combs v. Burgess
**Publication Fee:** $2484.15

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

(signed) *Shannon Callahan*

**VERIFICATION**
State of *South Carolina*
County of *York*

Subscribed in my presence and sworn to before me on this:

JAN 0 5 2026

*Myesha Pryne*
Notary Public

Myesha Pryce
Notary Public, State of South Carolina
My Commission Expires April 13, 2031

## NOTICE OF SUMMONS BY PUBLICATION

*Sean Combs v. Courtney Burgess, Ariel Mitchell, and Nexstar Media, Inc.*, Civil Action No. 25-cv-650 (S.D.N.Y.)
To: Courtney Burgess ("You")
You are hereby summoned and required to serve upon Erica Wolff, 90 Broad Street, 23rd Floor, New York, NY 10004, (212) 202-2679, EWolff@shertremonte.com, an answer to the complaint filed in this action, and to file the answer with the Clerk of this Court, at United States District Court, Southern District of New York, 500 Pearl St., Room 1320, New York, NY 10007, within 21 days after the final publication of this notice.
If You fail to do so, judgment by default will be taken against You for the relief demanded in the Amended Complaint, which are damages in the amount of $100,000,000.
This action has commenced and is pending in the United States District Court for the Southern District of New York, located at 500 Pearl St., New York, NY 10007. The nature of the action is as follows: Mr. Combs alleges, that between at least on or about September 27, 2024 and on or about January 14, 2025, You, Courtney Burgess, made at least five defamatory statements regarding Mr. Combs: (1) that video recordings exist of Mr. Combs sexually assaulting minors and celebrities; (2) that Mr. Combs secretly recorded himself having sex with people without their knowledge or consent; (3) that Mr. Combs used such videos to extort and threaten people; (4) that Mr. Burgess's life was endangered because he allegedly possessed a tell-all memoir written by Mr. Combs's deceased partner and illicit videos of Mr. Combs; and (5) that Mr. Combs sexually assaulted and/or threatened, exploited, or secretly recorded in sex acts hundreds or thousands of people. Mr. Combs asserts a defamation claim against you and seeks damages in the amount of $100,000,000.
This notice shall be published once a week for four consecutive weeks in **The Morning News** , as ordered by the Court and pursuant to Fed. R. Civ. P. 4(e)(1) and C.P.L.R. § 316.

United States District Court
For the
Southern District of New York

Civil Action No. 25-cv-650
Sean Combs
Plaintiff(s)

v.

Courtney Burgess, Ariel Mitchell, and Nexstar Media Inc.
Defendant(s)

Summons in a Civil Action
To: (*Defendant's name and address*)
Courtney Burgess
708 Lancelot Dr.
Florence, SC 29505
A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael Tremonte, Esq.
Erica A. Wolff, Esq.
Anna Estevao, Esq.
Sher Tremonte LLP
90 Broad St., 23rd Floor
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
Date: 2/18/2025
CLERK OF COURT
/s/ J. Gonzalez
*Signature of Clerk* or *Deputy*
(12/13, 12/20, 12/27 & 1/03/2026) COL-100952