# EXHIBIT C

Maryland The Daily Record
200 St. Paul Place
Baltimore, MD, 21202
Phone: 4435248100

# MARYLAND
# THE DAILY RECORD

## Affidavit of Publication

| | |
|---|---|
| To: | Sher Tremonte - Samantha Luevanos<br>90 Broad Street, 23rd Fl<br>New York, NY, 10004 |
| Re: | Legal Notice 4118585,<br>Sean Combs v. Courtney Burgess, Ariel Mitchell, and Nexstar Media, Inc. |

We hereby certify that the annexed advertisement was published in Maryland The Daily Record, a Daily newspaper published
in the State of Maryland 4 time(s) on the following date(s):
12/15/2025, 12/22/2025, 12/29/2025, 01/05/2026

By *[signature]*

Joy Hough
Authorized Designee of the Publisher

---

**Notices**

### NOTICE OF SUMMONS BY PUBLICATION

*Sean Combs v. Courtney Burgess, Ariel Mitchell, and Nexstar Media, Inc.*, Civil Action No. 25-cv-650 (S.D.N.Y.)

To: Courtney Burgess ("You")

You are hereby summoned and required to serve upon Erica Wolff, 90 Broad Street, 23rd Floor, New York, NY 10004, (212) 202-2679, EWolff@shertremonte.com, an answer to the complaint filed in this action, and to file the answer with the Clerk of this Court, at United States District Court, Southern District of New York, 500 Pearl St., Room 1320, New York, NY 10007, within 21 days after the final publication of this notice.

If You fail to do so, judgment by default will be taken against You for the relief demanded in the Amended Complaint, which are damages in the amount of $100,000,000.

This action has commenced and is pending in the United States District Court for the Southern District of New York, located at 500 Pearl St., New York, NY 10007. The nature of the action is as follows: Mr. Combs alleges, that between at least on or about September 27, 2024 and on or about January 14, 2025, You, Courtney Burgess, made at least five defamatory statements regarding Mr. Combs: (1) that video recordings exist of Mr. Combs sexually assaulting minors and celebrities; (2) that Mr. Combs secretly recorded himself having sex with people without their knowledge or consent; (3) that Mr. Combs used such videos to extort and threaten people; (4) that Mr. Burgess's life was endangered because he allegedly possessed a tell-all memoir written by Mr. Combs's deceased partner and illicit videos of Mr. Combs; and (5) that Mr. Combs sexually assaulted and/or threatened, exploited, or secretly recorded in sex acts hundreds or thousands of people. Mr. Combs asserts a defamation claim against you and seeks damages in the amount of $100,000,000.

This notice shall be published once a week for four consecutive weeks in **The Maryland Daily Record**, as ordered by the Court and pursuant to Fed. R. Civ. P. 4(e)(1) and C.P.L.R. § 316.

d15,22,29,ja5 4118585

Page 1 of 1

Maryland The Daily Record
200 St. Paul Place
Baltimore, MD, 21202
Phone: 4435248100

# MARYLAND
# THE DAILY RECORD

## Affidavit of Publication

To: Sher Tremonte - Samantha Luevanos
90 Broad Street, 23rd Fl
New York, NY, 10004

Re: Legal Notice 4118583,

Sean Combs v. Courtney Burgess, Ariel Mitchell, Nexstar Media Inc.

We hereby certify that the annexed advertisement was published in Maryland The Daily Record, a Daily newspaper published
in the State of Maryland 4 time(s) on the following date(s):
12/15/2025, 12/22/2025, 12/29/2025, 01/05/2026

By

Joy Hough
Authorized Designee of the Publisher

---

**Notices**

UNITED STATES DISTRICT COURT for the Southern District of New York - Civil Action No. 25-cv-650 - Sean Combs, Plaintiff(s) v. Courtney Burgess, Ariel Mitchell, Nexstar Media Inc., Defendant(s)

**Summons In A Civil Action**

To: Courtney Burgess
708 Lancelot Dr.
Florence, SC 29505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Tremonte, Esq.
Erica A. Wolff, Esq.
Anna Estevao, Esq.
Sher Tremonte LLP
90 Broad St., 23rd Floor
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/18/2025

CLERK OF COURT
Tami M. Hellwig
/s/ J. Gonzalez
Signature of Clerk or Deputy Clerk

d15,22,29,ja5 4118583