**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SEAN COMBS,

                     Plaintiff,

  -against-

COURTNEY BURGESS, ARIEL MITCHELL,
and NEXSTAR MEDIA INC.,

                 Defendants.

Case No. 25-cv-650 (JPC)

**[PROPOSED] CLERK'S**
**CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of Court of the United States District Court for the Southern District of New York, do certify that this action was commenced on January 22, 2025, with the filing of a summons and a complaint, a copy of the summons and complaint was served on Defendant Courtney Burgess pursuant to Federal Rule of Civil Procedure 4(e) and the Court's Order at ECF No. 87, and that proof of service was filed on January 15, 2026. ECF Nos. 99, 100. I further certify that the docket entries indicate that Defendant Burgess has not filed an answer or otherwise moved with respect to the complaint herein.  The default of Courtney Burgess is hereby noted.

Dated: New York, New York

        _____, 20\_\_

                              TAMMI M. HELLWIG
                              Clerk of the Court

                              By: _____
                                 Deputy Clerk