**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEAN COMBS,<br><br>                         Plaintiff,<br><br>    v.<br><br><br>COURTNEY BURGESS, ARIEL MITCHELL,<br>and NEXSTAR MEDIA INC.,<br><br>                       Defendants. | Case No. 25-CV-650 (JPC) |

**DECLARATION OF ERICA A. WOLFF IN SUPPORT OF SEAN COMBS'S**
**REQUEST FOR CERTIFICATE OF DEFAULT**

I, Erica A. Wolff, an attorney admitted to practice in the courts of the State of New York and United States District Court for the Southern District of New York, declare under the penalties of perjury, pursuant to Title 28, U.S.C. § 1746, the following:

1.      I am a partner at the law firm Sher Tremonte LLP, counsel for Plaintiff Sean Combs ("Mr. Combs" or "Plaintiff") in this action. I respectfully submit this declaration in support of Mr. Combs's request for a certificate of default.

2.      On January 22, 2025, Plaintiff initiated this lawsuit against Courtney Burgess ("Burgess"), Ariel Mitchell ("Mitchell") and Nexstar Media Inc. ("NewsNation") (collectively, the "Defendants") for defamation. *See* ECF No. 1. Plaintiff filed a corrected complaint on February 3, 2025. *See* ECF No. 16.

3.      On August 11, 2025, Plaintiff filed the First Amended Complaint ("FAC") against Defendants. *See* ECF No. 61. The FAC asserts a single cause of action for defamation against all Defendants. *Id.*

4.      On August 19, 2025, Plaintiff, after making multiple diligent attempts to personally serve Burgess and to obtain waivers of service, filed a motion to enlarge the time to serve and for leave to serve Burgess by alternative means.  ECF Nos. 64–67.

5.      On November 17, 2025, the Court entered an order authorizing Plaintiff to serve Burgess by alternative means, including by certified mail, email, publication and text message. ECF No. 87.

6.      Plaintiff effected service on Burgess by multiple alternative means in compliance with the Court's November 17, 2025 Order, as set forth in the Declarations of Samantha Luevanos (ECF No. 100) and Anand Chitnis (ECF No. 99), both filed on January 15, 2026.

7.      Pursuant to CPLR 316, which governs service by publication, service by publication is complete on the twenty-eighth day after the day of first publication.  The first publication of the summons that was run in the Maryland Daily Record was published on December 15, 2025.[1]  *See* ECF No. 100-3.  Accordingly, service was complete as of January 12, 2026, and Burgess's deadline to respond to the complaint was February 2, 2026.  *See* FRCP 12(a)(1)(A)(i).  As of the date of this affirmation, Burgess has not answered, moved, or otherwise responded to the First Amended Complaint or any prior version of the complaint.

8.      Burgess is not an infant, an incompetent person, or a person in the military service of the United States, nor is Burgess otherwise exempt from default under the Servicemembers Civil Relief Act, 50 U.S.C. § 3931, to the best of my knowledge, information, and belief.

WHEREFORE, Plaintiff Sean Combs requests that the default of Defendant Courtney Burgess be noted and a certificate of default issued.

---

[1]     The first date of publication in the Florence Morning News was December 13, 2025, *see* ECF No. 100-2, and the first date of publication in the Star-Ledger was December 14, 2025, *see* ECF No. 100-1.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 22, 2026.

/s/ Erica A. Wolff
Erica A. Wolff

3