**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SEAN COMBS,

                              Plaintiff,

        -against-

COURTNEY BURGESS, ARIEL MITCHELL,
and NEXSTAR MEDIA INC.,

                              Defendants.

Case No. 25-cv-650 (JPC)

**REQUEST FOR CLERK'S**
**CERTIFICATE OF DEFAULT**

To:     Tammi M. Hellwig
        The Clerk of the Court

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55.1 of the Local Rules of this Court, Plaintiff Sean Combs, by and through his undersigned counsel, hereby respectfully requests that the Clerk of the Court enter default in the above-captioned action against Defendant Courtney Burgess. Default should be entered because Burgess has failed to answer the First Amended Complaint or otherwise defend this action. The facts justifying entry of default are set forth in the accompanying Declaration of Erica A. Wolff, dated April 22, 2026, filed concurrently herewith, in which I affirm that Courtney Burgess, the party against whom the judgment is sought:

1) is not an infant or incompetent person;

2) is not in the military service;

3) was properly served under Fed. R. Civ. P. 4(e) and pursuant to the Court's Order at ECF No. 87, and proof of service having been filed with the court;

4) has defaulted in appearance in the above-captioned action.

Dated: New York, New York
     April 22, 2026

SHER TREMONTE LLP

*/s/ Erica A. Wolff*
Erica A. Wolff
Michael Tremonte
Katie Renzler
90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (212) 202-2600
Fax: (212) 202-4156
ewolff@shertremonte.com
mtremonte@shertremont.com
krenzler@shertremonte.com

*Attorneys for Plaintiff Sean Combs*