# SHER TREMONTE LLP

April 24, 2026

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re:    ***Combs v. Burgess et al**, No. 25-cr-650 (JPC)*

Dear Judge Cronan,

We write on behalf of Plaintiff Sean Combs ("Plaintiff") pursuant to Rule 2(B) of this Court's Individual Practice Rules to respectfully request that the Court strike as an unauthorized sur-reply the letter filed by Defendant Nexstar Media Inc. ("NewsNation") at ECF No. 106, or, in the alternative, grant leave for Plaintiff to file a response addressing the arguments raised therein.

Neither the Federal Rules of Civil Procedure nor the Local Civil Rules authorize litigants to file sur-replies. *See Kapiti v. Kelly*, No. 07-CV-3782, 2008 WL 754686, at *1 n.1 (S.D.N.Y. Mar. 12, 2008). And Rule 2(B) of the Court's Individual Practice Rules provides that a sur-reply memorandum of law "will not be accepted without prior permission of the Court." NewsNation's filing at ECF No. 106 purports to describe the proceedings and decision in a case filed in the Supreme Court of the State of New York and presents substantive arguments regarding the implications and relevance of that decision on NewsNation's Motion to Dismiss the First Amended Complaint at ECF No. 71. NewsNation did not seek leave to make this filing. Accordingly, we respectfully request that it be stricken from the record.

Should the Court decline to strike NewsNation's sur-reply, we respectfully request that the Court grant leave for Plaintiff to file a response to address the inaccuracies reflected in the sur-reply, including the material factual distinctions between the instant matter and the case described therein, and the state court's misapplication of law.

Respectfully submitted,

*/s/ Erica A. Wolff*
Erica A. Wolff
Michael Tremonte
Katie Renzler

*Attorneys for Plaintiff Sean Combs*

cc:    All Counsel of Record (by ECF)