Davis Wright Tremaine LLP

42nd Floor
1251 Avenue of the Americas
New York, NY 10020

**Elizabeth A. McNamara**
212.489.8230 tel
212.489.8340 fax

lizmcnamara@dwt.com

April 27, 2026

**VIA ECF**
Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Courtroom 12D
New York, NY 10007-1312

Re:   ***Combs v. Burgess et al.*, No. 1:25-cv-00650-JPC**

Dear Judge Cronan:

We represent Defendant Nexstar Media Inc. ("Nexstar") in the above-referenced action. Pursuant to Paragraph 1(A) of this Court's Individual Practices in Civil Cases, we write briefly to oppose Plaintiff's letter-motion (ECF No. 107) to strike Nexstar's non-substantive notice of supplemental authority (ECF No. 106).

As Plaintiff well knows, a notice of supplemental authority, recounting a relevant decision issued after the close of briefing on a motion, is not a sur-reply. Indeed, Plaintiff submitted a similar letter to this Court on October 27, 2025, advising the court of a recent decision in another case against Plaintiff as "further persuasive authority in favor of dismissing the Combs Corporate Defendants. *See* Ex. A (ECF No. 56, *Withers v. Combs*, No. 24-cv-08852 (S.D.N.Y. Oct. 27, 2025).

Nexstar respectfully requests that the Court deny Plaintiff's letter-motion to strike.

Respectfully submitted,

*/s/ Elizabeth A. McNamara*
Elizabeth A. McNamara

cc:  Counsel of Record via ECF

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.