**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SEAN COMBS,

                        Plaintiff,

   -against-

COURTNEY BURGESS, ARIEL MITCHELL,
and NEXSTAR MEDIA INC.,

                      Defendants.

Case No. 25-cv-650 (JPC)

[~~PROPOSED~~] **CLERK'S**
**CERTIFICATE OF DEFAULT**

---

I, TAMMI M. HELLWIG, Clerk of Court of the United States District Court for the Southern District of New York, do certify that this action was commenced on January 22, 2025, with the filing of a summons and a complaint against Courtney Burgess, Ariel Mitchell and Nexstar Media Inc. (collectively, the "Defendants") for defamation. ECF No. 1 (the "Original Complaint"). After seeking and obtaining permission from the Court, Plaintiff Sean Combs ("Plaintiff") filed a corrected complaint on February 3, 2025. ECF No. 16 (the "Corrected Original Complaint"). As set forth in the Court's Order granting leave for Plaintiff to serve Defendant Courtney Burgess by alternative means, ECF No. 87 (the "Order"), Plaintiff attempted to serve a copy of the summons and Corrected Original Complaint on Burgess on April 2, 2025, April 4, 2025, April 5, 2025, April 16, 2025, April 17, 2025, April 18, 2025, and July 4, 2025. Affidavits of attempted service were filed on April 21, 2025, and August 19, 2025. ECF Nos. 31-1, 31-3, 65-5.

On August 11, 2025, Plaintiff filed an amended complaint against Defendants. *See* ECF No. 61 (the "First Amended Complaint"). On November 17, 2025, the Court granted Plaintiff leave to serve Burgess by: (1) certified mail of the Amended Complaint at certain specified addresses; (2) email of the Amended Complaint to five specified email addresses; (3) publication

in accordance with N.Y. C.P.L.R. Section 316 in certain identified publications; and (4) text message with information about this litigation to a specified phone number.  *See* Order at 9–10.

A copy of the summons and First Amended Complaint was served on Defendant Courtney Burgess pursuant to Federal Rule of Civil Procedure 4(e) and the Court's Order at ECF No. 87 authorizing service by alternative means.  Service was effected by email on December 10, 2025; by mail on December 11, 2025; by publication pursuant to N.Y. C.P.L.R. Section 316 on December 13, 2025, December 14, 2025, December 15, 2025, December 20, 2025, December 21, 2025, December 22, 2025, December 27, 2025, December 28, 2025, December 29, 2025, January 3, 2026, January 4, 2026, and January 5, 2026; and by text message on December 17, 2025.  ECF Nos. 99, 100.  The Original Complaint and Corrected Original Complaint were also served on Burgess by email on December 10, 2025, certified mail on December 11, 2025, and text message on December 17.  *See* ECF No. 99 ¶¶ 3, 5, 7; ECF No. 100 ¶¶ 3, 7.

Accordingly, pursuant to N.Y. C.P.L.R. Section 316(c), service was complete as of January 12, 2026.  Proof of service was filed on January 15, 2026.  ECF Nos. 99, 100. Pursuant to Federal Rule of Civil Procedure 12(a), Burgess's deadline to respond to the complaint was February 2, 2026.  I further certify that the docket entries indicate that Defendant Burgess has not filed an answer or otherwise moved with respect to the complaint herein.  The default of Defendant Courtney Burgess is hereby noted.

Dated: New York, New York

     April 30 , 20 26

TAMMI M. HELLWIG
Clerk of the Court

By: _Nagam Dulal_
Deputy Clerk