SHER TREMONTE LLP

June 24, 2026

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

        **Re:**    ***Sean Combs v. Courtney Burgess, Ariel Mitchell, & Nexstar Media Inc.,***
               No. 25-cv-00650 (JPC)

Dear Judge Cronan:

       I write on behalf of Plaintiff Sean Combs ("Mr. Combs") to request a one-week extension of Mr. Combs's deadline to respond to Defendant Nexstar Media Inc.'s ("Nexstar") letter motion to compel. *See* ECF No. 118. Nexstar does not object to this request.

       Pursuant to Paragraph 5(C) of the Court's Individual Practice Rules, Mr. Combs's response to Nexstar's letter motion to compel is currently due Friday, June 26, 2026. I respectfully request a brief adjournment of that deadline to Friday, July 3, 2026, because undersigned counsel will be out of the office until June 29, 2026 for preplanned vacation. This is Mr. Combs's first request for an extension of this deadline.

       I thank the Court for its consideration of this request.

The deadline to respond to Nexstar's motion to compel is extended until July 3, 2026. The Clerk of Court is respectfully directed to close Dkt. 119.

Respectfully Submitted,

*/s/ Erica A. Wolff*
Erica A. Wolff

SO ORDERD
June 25, 2026

JOHN P. CRONAN
United States District Judge

cc:    All counsel of record (via ECF)