September 10, 2026

**<u>BY ECF</u>**
The Honorable John P. Cronan
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

**Re: *Combs v. Burgess et al.*, No. 25-cv-650 (S.D.N.Y.)**

Dear Judge Cronan:

We write jointly, pursuant to Your Honor's Order dated September 4, 2026, on behalf of Plaintiff Sean Combs ("Mr. Combs") and Defendants Nexstar Media Inc. ("Nexstar") and Ariel Mitchell ("Ms. Mitchell") following a meet and confer among all parties, to advise the Court (1) whether a dispute remains regarding Nexstar's pending motion to compel at ECF No. 118 in light of the Court's recent Order on Defendants' motions to dismiss at ECF No. 122 ("Order"); (2) whether the parties request referral to Court-annexed mediation or to the Honorable Sarah L. Cave for a settlement conference; and (3) to provide any other information that may assist the Court in resolving this action.

**1. Nexstar's Motion to Compel**

Nexstar's current motion to compel addresses two sets of disputed discovery requests. As to the dispute regarding the criminal trial records, the parties agree that the Court can proceed with resolving the motion as currently submitted. As to the dispute regarding third-party claims of "Sexual Misconduct," the parties agree that a dispute remains but disagree as to how the Court should proceed with respect to that part of the motion.

<u>Defendant Nexstar's Position</u>: Nexstar proposes that, to conform the motion to the Court's Order on its motion to dismiss, its requests be modified as follows: (1) the defined term "Challenged Reports" will refer to the October 7 report; (2) the defined term "Challenged Statements" will refer to Statement 5, the only statement remaining in the case with respect to Nexstar; and (3) the requests at issue in the motion to compel that reference the defined term "Sexual Misconduct" will be qualified as follows: "Sexual Misconduct **where the victim was alleged to be under the influence of drugs or otherwise incapacitated**." Nexstar believes that, with these proposed changes, the Court can resolve the pending motion as submitted. However, if the Court is inclined to permit Plaintiff to submit supplemental briefing, Nexstar requests the opportunity to submit a supplemental brief as well.

<u>Plaintiff's Position</u>: Plaintiff's position is that Nexstar's proposal renders the motion to compel moot as Nexstar is no longer seeking to compel the things demanded in its motion to compel. Plaintiff states that if Nexstar wishes to make any changes to the language of its discovery requests in light of the Court's Order, Nexstar must serve amended requests, receive new responses and objections from Plaintiff, and then meet-and-confer and move to compel (if necessary) on those new responses to allow the opportunity to resolve the dispute without Court intervention. Alternatively, if the Court accepts Nexstar's proposal, Plaintiff respectfully requests the opportunity to submit supplemental briefing on the propriety of Nexstar's revised requests.

**2. Mediation or Settlement Referral**

Plaintiff's counsel states that despite diligent attempts to communicate with their client following the Court's Order last Friday, they have been unable to speak with him regarding potential referral to Court-annexed mediation or to a settlement conference due to the constraints imposed by his incarceration. The parties respectfully request that the Court allow them to update the Court in two weeks regarding any request for referral to mediation or a settlement conference, once Plaintiff's counsel has been able to communicate with their client.

**3. Additional Information That May Assist the Court in Resolving the Action**

The parties are not aware of any additional information that may assist the Court in resolving this action at this time.

Respectfully submitted,

*/s/ Steven A. Metcalf II*
Steven A. Metcalf II
METCALF & METCALF, P.C.
99 Park Avenue, Suite 810
New York, New York 10016
T: 646.253.0514
metcalflawnyc@gmail.com

*Counsel for Defendant Ariel Mitchell*

*/s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
Alison Schary
Mary E. Goetz
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, New York 10020
T: 212.489.8230
lizmcnamara@dwt.com
alisonschary@dwt.com
marygoetz@dwt.com

*Counsel for Defendant Nexstar Media Inc.*

*/s/ Erica Wolff*
Erica Wolff
Michael Tremonte
Katie Renzler
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
ewolff@shertremonte.com
mtremonte@shertremonte.com
krenzler@shertremonte.com

*Counsel for the Plaintiff Sean Combs*