**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SEAN COMBS,

Plaintiff,

v.

NEXSTAR MEDIA INC., ARIEL MITCHELL and COURTNEY BURGESS,

Defendants.

Case No. 25-cv-00650 (JPC)

**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that upon the Declaration of Michael Tremonte, dated September 14, 2026, and all prior pleadings and proceedings herein, Sher Tremonte LLP will move this Court, at a time and date to be set by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl, New York, New York, 10007, for an order, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, granting Sher Tremonte LLP, and each of its attorneys who have appeared in this action, leave to withdraw as counsel of record for Plaintiff Sean Combs, and for such other and further relief as the Court may deem just and proper.

Dated: September 14, 2026
New York, New York

SHER TREMONTE LLP

By: /s/ Michael Tremonte

Michael Tremonte
Erica A. Wolff
Katie Renzler
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
mtremonte@shertremonte.com

*Attorneys for Plaintiff Sean Combs*