**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEAN COMBS,<br><br>Plaintiff,<br><br>-against-<br><br>NEXSTAR MEDIA INC., ARIEL MITCHELL, and COURTNEY BURGESS,<br><br>Defendants. | Case No. 25-cv-00650 (JPC)<br><br>**CERTIFICATE OF SERVICE** |

Michael Tremonte hereby certifies that a true and correct copy of Sher Tremonte LLP's Motion to Withdraw as Counsel and Supporting Declaration, both dated September 14, 2026, were served upon counsel of record for all parties by filing on ECF, and were served upon Plaintiff Sean Combs by delivering a copy by email to his power of attorney, and by USPS Priority Mail Express at the following addresses:

Sean Combs, Reg. No. 37552-054
FCI FORT DIX
P.O. BOX 2000
Joint Base MDL, New Jersey 08640

*Client*

Robin Greenhill
Tri Star Sports and Entertainment Group
9255 Sunset Blvd., 2nd Fl.
West Hollywood, CA 90069

*Client's Power of Attorney*

Dated: New York, New York
September 14, 2026

*/s/ Michael Tremonte*
Michael Tremonte