UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SEAN COMBS,<br><br>Plaintiff,<br><br>-v-<br><br>COURTNEY BURGESS, ARIEL MITCHELL, and NEXSTAR MEDIA INC.,<br><br>Defendants. | : | 25 Civ. 650 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

On September 14, 2026, counsel for Plaintiff Sean Combs moved for leave to withdraw. Dkts. 124, 125. On September 17, 2026, Defendant Ariel Mitchell filed a pre-motion letter in anticipation of a motion to dismiss for lack of subject matter jurisdiction. Dkt. 127. As discussed at the conference held earlier today, by October 19, 2026, counsel for Plaintiff shall submit a status letter with any further information regarding whether Combs intends to proceed *pro se* or retain new counsel. Should new counsel appear for Combs in the interim, the Court will schedule another status conference.

In the meantime, certain deadlines in this case are modified as follows. The deadline for any party to respond to Mitchell's pre-motion letter is adjourned *sine die*. Defendants' deadline to answer or otherwise respond to the Amended Complaint is adjourned *sine die*. The parties' deadline to seek reconsideration of the Court's September 4, 2026 Opinion and Order, Dkt. 122, is adjourned *sine die*. Discovery in this action is stayed pending further order of the Court.

SO ORDERED.

Dated: September 17, 2026
New York, New York

JOHN P. CRONAN
United States District Judge