SHER TREMONTE LLP

October 19, 2026

**BY ECF**

The Honorable John P. Cronan
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

**Re: *Combs v. Burgess et al.*, No. 1:25-cv-00650-JPC (S.D.N.Y.)**

Dear Judge Cronan:

We represent Plaintiff Sean Combs in the above-referenced matter. We write further to our pending motion to withdraw as counsel, ECF Nos. 124–26 (the "Motion") and pursuant to the Court's Order at ECF No. 128 instructing counsel for Plaintiff to submit further information regarding whether Mr. Combs intends to proceed *pro se* or retain new counsel.

On September 17, 2026, we sent Mr. Combs's power of attorney the Court's Order directing Sher Tremonte to update the Court by October 19 regarding whether Mr. Combs intends to proceed *pro se* or obtain new counsel. We followed up by email with Mr. Combs's power of attorney regarding that Order on October 14, 2026, and again on October 19, 2026 and have received no response. On October 14, we also mailed the Court's Order to Mr. Combs and included in that mailing a request that he advise whether he had engaged new counsel. We subsequently learned that Mr. Combs has been moved from FCI Fort Dix to FCI Allenwood, so on October 16, we resent the Court's Order and our inquiry to Mr. Combs at FCI Allenwood. We learned today from one of Mr. Combs's representatives that Mr. Combs has begun "exploratory" talks regarding replacement counsel for Mr. Combs and/or affiliated entities presently represented by Sher Tremonte in various litigations, but as of the time of this filing, neither Mr. Combs, nor his power of attorney, nor any other authorized representative has identified replacement counsel in this matter or confirmed whether or not Mr. Combs intends to proceed *pro se*.

We further write regarding our pending Motion to withdraw as counsel and to bring to the Court's attention as supplemental authority Judge Caproni's October 13, 2026 decision in *Kelly v. Combs*, No. 24-CV-8024 (VEC), 2026 WL 3061748 (S.D.N.Y. Oct. 13, 2026), which granted Sher Tremonte LLP's motion to withdraw as counsel in a similar matter involving Mr. Combs. The court in *Kelly* granted Sher Tremonte LLP's motion to withdraw in its entirety, *id.* at *1, and granted the request for a retaining lien pending submission of supporting documentation, *id.* at *3. In her decision, Judge Caproni agreed that defendant's lack of payment and the breakdown in attorney-client relationship "are sufficient to justify Sher Tremonte's withdrawal from this matter." *Id.* at *2. A copy of Judge Caproni's decision in *Kelly* is attached hereto as Exhibit A.

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Erica A. Wolff*
Erica A. Wolff
Michael Tremonte
Katie Renzler
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
ewolff@shertremonte.com
mtremonte@shertremonte.com
krenzler@shertremonte.com