**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SEAN COMBS,

Plaintiff,

v.

NEXSTAR MEDIA INC., ARIEL MITCHELL and COURTNEY BURGESS,

Defendants.

Case No. 25-cv-00650 (JPC)

**DECLARATION OF MICHAEL TREMONTE IN SUPPORT OF**
**SHER TREMONTE LLP'S REQUEST FOR RETAINING AND CHARGING LIENS**

I, Michael Tremonte, Esq., an attorney duly admitted in the State of New York, declare under penalties of perjury as follows:

1. Attached as Exhibit A hereto is a spreadsheet that describes the work performed by Sher Tremonte LLP ("Sher Tremonte") in connection with this action (delineated by the amount of time spent on such work and the rates of the professionals who performed the work), and sets forth the amount due from Mr. Combs to Sher Tremonte for work performed for this case. The descriptions of work contained in Exhibit A were provided to Mr. Combs during the representation.[1]

2. Exhibit A reflects that Mr. Combs owes Sher Tremonte $581,893.75 in connection with the work performed in this matter.

---

[1] The column containing the "Description" of work performed includes, in some instances, work performed on other matters Sher Tremonte handled for Mr. Combs because this is how the description was provided in the original, underlying invoice. However, the "Hours Allocated to the Case" and "Fees Allocated to the Case" columns reflect the particular hours and fees attributed to this case.

3. Sher Tremonte therefore respectfully submits that a retaining lien be fixed in the amount of $581,893.75, and that a charging lien under New York Judiciary Law § 475 be fixed in the same amount.

4. Mr. Combs will be provided a copy of this declaration in as-filed form.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 30, 2026

*<u>/s/ Michael Tremonte</u>*
Michael Tremonte