JONATHAN D. DAVIS, P.C.
ATTORNEYS AT LAW
1 ROCKEFELLER PLAZA
SUITE 1712
NEW YORK, NEW YORK 10020

TEL: (212) 687-5464
FAX: (212) 697-2521
WWW.JDDAVISPC.COM

November 20, 2026

**VIA ECF**

The Honorable John P. Cronan
United States District Court
500 Pearl Street, Room 1320
New York, New York 10007

Re: *Combs v. Burgess, et al.*, Case No. 1:25-cv-00650 (JPC)

Dear Judge Cronan:

We have been engaged by Sean Combs in the above-referenced action. We will be filing notices of appearance concurrently with this letter, which is submitted in accordance with the Court's Order dated October 21, 2026 (ECF No. 130) (the "October 21 Order").

In accordance with Rules 1.A and 3.B of Your Honor's Individual Rules and Practices in Civil Cases, we respectfully request that the Court: (1) schedule a status conference in January 2027 to set a schedule for the matters that the Court adjourned *sine die*; and (2) extend Mr. Combs's time to respond to the application of former counsel Sher Tremonte LLP to fix the amount of retaining and charging liens (ECF No. 132) from November 30, 2026 until January 29, 2027.

**1. Request for a Status Conference**

By Order, dated September 17, 2026 (ECF No. 128) (the "September 17 Order"), the Court adjourned *sine die*: (i) the deadline to respond to Defendant Ariel Mitchell's pre-motion letter regarding an anticipated motion to dismiss for lack of subject-matter jurisdiction (ECF No. 127); (ii) Defendants' deadline to answer or otherwise respond to the Amended Complaint; and (iii) the parties' deadline to seek reconsideration of the Court's September 4, 2026 Opinion and Order (ECF No. 122). The September 17 Order also stayed discovery and provided that a date would be set for a status conference if Mr. Combs engaged replacement counsel. In addition, a letter-motion to compel discovery remains pending (ECF No. 118), and in the parties' September 10, 2026 joint letter (ECF No. 123), it provided, among other things, that the parties would update Court about settlement procedure options.

As newly retained counsel, we need a reasonable time to obtain and review the case file from prior counsel to familiarize ourselves with the record, including the September 4 Opinion and Order, the pending motion to compel, and the jurisdictional issue raised by Defendant

Mitchell's pre-motion letter, as well as to confer with Mr. Combs, who is incarcerated at FCI-Allenwood in Pennsylvania.

We respectfully request that the Court order a status conference on a date between Monday, January 4, 2027 and Thursday, January 14, 2027, or in early February, which is convenient to the Court, at which time the parties can address a schedule for further proceedings. (Prior to my engagement, I arranged travel overseas between Friday, January 15 and Sunday, January 24.) We further request that the deadlines adjourned by the September 17 Order continue to be adjourned along with any discovery, through the date of the requested conference.

**2. <u>Request to Extend Mr. Combs's Time to Respond to the Lien Application</u>**

On October 30, 2026, Sher Tremonte applied to fix the amount of its retaining lien and for the Court to recognize and fix a charging lien. (*See* ECF Nos. 132, 134-35.) By Order, dated November 6, 2026 (ECF No. 136), the Court set November 30, 2026 as the date by which Mr. Combs may respond to the application.

We respectfully request that the Court extend Mr. Combs's time to respond from Monday, November 30, 2026, until Friday, January 29, 2027. Because we were only recently engaged in this case, we need that time to review the application and supporting materials, as well as to confer with Mr. Combs, whose incarceration makes those discussions difficult and time-consuming because of his current circumstances.

This letter is Mr. Combs's first request to extend the date of the motion, and the requested extension does not affect any other scheduled deadline. On November 20, 2026, we asked Sher Tremonte by phone and email whether it consented to the requested extension. As of the filing of this letter, they have not responded. The requested extension is not made for delay or any improper purpose.

We thank the Court in advance for its consideration of the requests above.

Respectfully submitted,

*/s/ Jonathan D. Davis*

Jonathan D. Davis

JDD:hs

cc: All Counsel (via ECF)